|  |  |
|---|---|
| So Ordered. | _____ |
|  | Diane Davis |
|  | United States Bankruptcy Judge |
| Signed this 31 day of May, 2013. |  |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**In re:**

**ALAN AND KATHERINE MAINE**                                  **Case No. 10-63120**

   **Debtor.**                                                **Chapter 13**
_____

### ORDER VACATING DISMISSAL

Coming before the Court on or about April 25, 2013 was the Motion to Vacate Dismissal. Based on the filing of the debtors' Motion, and no opposition to the motion, and the Court having duly deliberated, it is hereby

**ORDERED**, that the Debtor's Motion to Vacate Dismissal be granted and the Debtor's bankruptcy case be reinstated to allow debtors to continue with a Chapter 7 case.

###